## **EXHIBIT B**



Mark Minuti, Esq.

Phone: 302-421-6840

Fax: 302-421-5873

mark.minuti@saul.com

www.saul.com

June 2, 2025

**By Email**
S. Jason Teele, Esq.
Sills Cummis & Gross P. C.
One Riverfront Plaza
Newark, NJ  07102

RE:    *In re Diamond Comic Distributors, Inc., et al.,*
**Case No. 25-10308 (DER) (Bankr. D. MD.) /**
**October 18, 2024 Confidentiality Agreement by**
**and between Raymond James & Associates,**
**Inc. for itself and as a Representative of**
**Diamond Comic Distributors, Inc. and Alliance**
**Entertainment Holding Corporation for itself**
**and Alliance Entertainment, LLC (the**
**"Confidentiality Agreement")**

Dear Jason:

As you know, we represent Diamond Comic Distributors, Inc. and its related debtors (collective, the "**Debtors**") in the above-captioned bankruptcy case.  We write on behalf of the Debtors to demand that Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC (collectively, "**AENT**") immediately cease and desist from further breaching the above-referenced Confidentiality Agreement.

As AENT is fully aware, Section 5 of the Confidentiality Agreement provides, in part:

Until the consummation of the Transaction by your or a third party, you shall not initiate or maintain contact with any officer, director, employee, agent, customer, creditor, supplier, vendor, or other business associate of the Company or its subsidiaries, except with the express prior permission of the Chief Executive Officer of the Company.  For a period of two years from the date hereof, you shall not solicit for employment or, directly or indirectly, hire any employee of the Company or any of its subsidiaries with whom you have had contact during the

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address:   1201 North Market Street, Suite 2300 Wilmington, DE 19801

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

55651961.2

S. Jason Teele, Esq.
June 2, 2025
Page 2

period of your investigation of the Company or its subsidiaries or whose identify you learned during such period;...

*See* Confidentiality Agreement § 5. It has come to the Debtors' attention that AENT has violated Section 5 of the Confidentiality Agreement by soliciting and hiring the Debtors' employees, including Michael Schimmel (Vice-President of Sales); Trista Peterson (Manager of Sales); Joe Lunday (Director of E Commerce Sales); Sadie Campos (Business Development Manager); Ryan Shelkett (Executive Director of Applications Development); Lee Butman (Purchasing Manager Merchandise Team); and Matthew Demory (Assistant Manager Print Team). We understand that AENT was in contact with these employees and/or learned of their identity during its investigation of the Debtors' businesses.

It has also come to the Debtors' attention that AENT has violated the Confidentiality Agreement by contacting the Debtors' vendors, suppliers, and customers.

As a result of AENT's actions to date, the Debtors hereby insist that AENT (a) immediately cease breaching the Confidentiality Agreement, (b) desist from soliciting or hiring the Debtors' employees and contacting their vendors, customers, and suppliers in the future, and (c) comply with its other obligations under the Confidentiality Agreement.

Please confirm in writing AENT's commitment to honor its obligations under the Confidentiality Agreement, including that it will not further solicit or hire the Debtors' employees and that it will not further contact the Debtors' vendors, customers, and suppliers. Absent confirmation, the Debtors reserve the right to seek injunctive relief consistent with Section 7 of the Confidentiality Agreement.

As for AENT's existing breaches of the Confidentiality Agreement, the Debtors reserve all of their rights and expect to pursue damage claims against AENT for its breaches of the Confidentiality Agreement, including the recovery of all of their costs and expenses, including attorney's fees as contemplated by Section 7 of the Confidentiality Agreement.

Very truly yours,

Mark Minuti

cc: Jeffrey C. Hampton, Esq.