**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Sparkle Pop LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>Alliance Entertainment Holding Corporation, a Delaware Corporation, and Alliance Entertainment, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Adv. Proc. No. 25-00157 |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants, Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC (collectively, "Defendants"), through their undersigned attorneys, hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6), applicable to this Adversary Proceeding pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure, for dismissal of the Complaint (ECF No. 1), *with prejudice*, and for such other and further relief as the Court may deem just and proper, for the reasons set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint filed contemporaneously herewith.

Dated: July 10, 2025

/s/ *Jonathan A. Grasso*
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
jgrasso@yvslaw.com

-and-

S. Jason Teele (*Admitted Pro Hac Vice*)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-4779
steele@sillscummis.com

-and-

Randy Moonan (*Admitted Pro Hac Vice*)
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
212-500-1557
rmoonan@sillscummis.com

*Counsel for Alliance Entertainment Holdings Corporation and Alliance Entertainment, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2025, notice of filing the Defendants' Motion to Dismiss the Complaint was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Jonathan A. Grasso
Jonathan A. Grasso

**The following parties received CM/ECF notice of the filing:**

Peter J. Artese, Esquire
(peter.artese@us.dlapiper.com)
Counsel for Sparkle Pop LLC
DLA Piper LLP
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202

Ellen E. Dew, Esquire
(ellen.dew@us.dlapiper.com)
Counsel for Sparkle Pop LLC
DLA Piper LLP
650 South Exeter Street
Baltimore, Maryland 21202

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Alliance Entertainment
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Randy Moonan, Esquire
(rmoonan@sillscummis.com)
Counsel for Alliance Entertainment
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178

Jonathan Gary Rose, Esquire
(jonathan.rose@us.dlapiper.com)
Counsel for Sparkle Pop LLC
DLA Piper LLP US
500 Eight Street, NW
Washington, D.C. 20004

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202-4359

S. Jason Teele, Esquire
(steele@sillscummis.com)
Counsel for Alliance Entertainment
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102