**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Sparkle Pop LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>Alliance Entertainment Holding Corporation, a Delaware Corporation, and Alliance Entertainment, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Adv. Proc. No. 25-00157 |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Upon consideration of Defendants' Motion to Dismiss the Complaint ("Motion"), pursuant to Federal Rule of Civil Procedure 12(b)(6), applicable to this Adversary Proceeding pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure, along with supporting documents, and objections having been filed and a contested hearing having been held and after due deliberation and sufficient cause appearing; IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is GRANTED as set forth herein.

2. The Complaint is dismissed in its entirety, *with prejudice*, pursuant to Federal Rule of Civil Procedure 12(b)(6), applicable to this Adversary Proceeding pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 134.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

cc: Jonathan A. Grasso, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

S. Jason Teele, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102

Randy Moonan, Esquire
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178

Peter J. Artese, Esquire
DLA Piper LLP
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202

Ellen E. Dew, Esquire
DLA Piper LLP
650 South Exeter Street
Baltimore, Maryland 21202

Jonathan Gary Rose, Esquire
DLA Piper LLP US
500 Eight Street, NW
Washington, D.C. 20004

Jordan Rosenfeld, Esquire
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202-4359

**END OF ORDER**