Entered: July 18th, 2025
Signed: July 17th, 2025

## SO ORDERED

For the reasons stated on the record by the Court at the hearing
held on July 16, 2025.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Sparkle Pop, LLC, a Delaware limited liability company, | |
| Plaintiff,<br>v. | Adv. Proc. No. 25-00157 (DER) |
| Alliance Entertainment Holding Corporation, a Delaware corporation and Alliance Entertainment, LLC, a Delaware limited liability company, | |
| Defendants. | **Re:  Docket No. 26** |

**ORDER GRANTING DEBTORS' MOTION FOR INTERVENTION
PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY RULE 7024**

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

THE COURT having considered the *Debtors' Motion for Intervention Pursuant to Federal Rule 24 and Bankruptcy Rule 7024* (the "**Motion**")[2] and any opposition thereto, and good cause having been shown, and upon the record of the hearing, if any, held on the Motion, IT IS HEREBY

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors may intervene in the Adversary Proceeding as plaintiffs pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, applicable in this Adversary Proceeding pursuant to Rule 7024 of the Federal Rules of Bankruptcy Procedure.

**END OF ORDER**

---

[2]    Capitalized terms not defined in this Order shall have the same meaning as set forth in the Motion.