**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>        Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Sparkle Pop LLC, a Delaware Limited<br>Liability Company,<br><br>        Plaintiff,<br>v.<br><br>Alliance Entertainment Holding<br>Corporation, a Delaware Corporation, and<br>Alliance Entertainment, LLC, a Delaware<br>Limited Liability Company,<br><br>        Defendants. | Adv. Proc. No. 25-00157 |

## STIPULATION

**WHEREAS**, on June 9, 2024, Sparkle Pop LLC ("Plaintiff") commenced an adversary proceeding against Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC (jointly, "Defendants") (ECF No. 1);

**WHEREAS**, on December 1, 2025, the Parties filed a Joint Rule 26(f) Report, agreeing to certain deadlines (ECF No. 78) ("Joint Report");

**WHEREAS**, on December 9, 2025, the Court approved the Joint Report (ECF No. 80);

**WHEREAS**, on December 12, 2025, the Debtors filed a motion to convert the bankruptcy proceeding from Chapter 11 to Chapter 7 (Case No. 25-10308, ECF No. 1070);

**WHEREAS**, on December 19, 2025, the Court entered an order converting the bankruptcy proceedings to Chapter 7 and stayed all contested matters and adversary proceedings in the bankruptcy cases until February 16, 2026 (*Id.* ECF No. 1089).

**WHEREAS**, the parties wish to amend the scheduling order and clarify the applicable deadlines after the stay was lifted;

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, that:

1.      Fact discovery will continue through <u>November 30, 2026</u>.  The Parties may take fact depositions at any time prior to the expiration of the fact discovery deadline.

2.      The parties will submit a confidentiality order and protocol for the exchange of electronically stored information to the Court for approval on or before <u>May 27, 2026</u>.

3.      Any motion to amend pleadings must be electronically filed no later than <u>August 14, 2026</u>.

4.      All other terms of the Joint Report that will binding upon the partes.

5.      This Stipulation may be executed in counterparts. An electronic signature on this Stipulation or a signature sent by facsimile or email shall be deemed an original.


<u>  /s/  Jonathan A. Grasso  </u>
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0758
jgrasso@yvslaw.com

-and-

S. Jason Teele (*Admitted Pro Hac Vice*)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-4779
steele@sillscummis.com

-and-

Randy Moonan (*Admitted Pro Hac Vice*)
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
212-500-1557
rmoonan@sillscummis.com

*Counsel for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC*

<u>  /s/  Jodie E. Bekman  </u>
Jodie E. Bekman,
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
410-576-4082
jbekman@gfrlaw.com

- and –

Jason Koral (*Pro Hac Vice)*
Press Koral LLP
641 Lexington Avenue, 13th Floor
New York, New York 10022
(212) 520-8270
(347) 342-3882
jkoral@presskoral.com

*Counsel for Plaintiff Sparkle Pop LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of May 2026, notice of filing the Stipulation was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

_____/s/ Jonathan A. Grasso_____
Jonathan A. Grasso

**The following parties received
CM/ECF notice of the filing:**

Jodie E. Bekman, Esquire
(jbekman@gfrlaw.com)
Counsel for Sparkle Pop LLC
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202

Jonathan Gary Rose, Esquire
(jonathan.rose@us.dlapiper.com)
DLA Piper LLP US
500 Eight Street, NW
Washington, D.C.  20004

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Alliance Entertainment
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Randy Moonan, Esquire
(rmoonan@sillscummis.com)
Counsel for Alliance Entertainment
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York  10178

S. Jason Teele, Esquire
(steele@sillscummis.com)
Counsel for Alliance Entertainment
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey  07102