Entered: June 8th, 2026
Signed: June 8th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **7**   Adversary No.: **25–00157**

**Diamond Comic Distributors, Inc.,**
Debtor.

**SPARKLE POP LLC, a Delaware limited liability
company,**
Plaintiff

vs.

**ALLIANCE ENTERTAINMENT HOLDING
CORPORATION, a Delaware corporation,**
Defendant.

## ORDER THAT INTERVENOR PLAINTIFFS SHOW CAUSE
## WHY THEY SHOULD NOT BE DISMISSED

On July 17, 2025, the Court granted the Debtors' Motion for Intervention in this Adversary Proceeding [Docket No. 49]. Pursuant to FRCP 24, made applicable by FRBP 7024, the Intervenors are required to file a pleading that sets out the claim or defense for which intervention is sought. No such pleading has been filed. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Intervenors or any other party in interest show cause, if any there be, in writing filed with the Clerk, within fourteen (14) days after the date this Order is entered, why they should not be dismissed from this adversary proceeding. Failure to show cause in writing may result in the entry of an order dismissing the Debtors from this adversary without further hearing. Filing of the appropriate pleading setting out the Intervenors claim or defense will result in the dissolution of this Order to Show Cause.

cc:   All Parties
      All Counsel
      Chapter 7 Trustee
      Counsel for the Chapter 7 Trustee

**End of Order**