**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | | |
|---|---|---|---|
| **In re:** | * | **Case No. 25-10308-DER** | |
| | | **(Jointly Administered)** | |
| **Diamond Comic Distributors, Inc., et. al.,** | * | | |
| **Debtors.** | * | **Chapter 7** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **Sparkle Pop LLC, a Delaware Limited Liability Company,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Adv. Proc. No. 25-00157-DER** |
| **Alliance Entertainment Holding Corporation, a Delaware Corp., et. al.,** | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN that Morgan W. Fisher, Chapter 7 Trustee for the Debtors, hereby appears in this matter by its undersigned general bankruptcy counsel, in accordance with Bankruptcy Rule 2018, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following persons at the addresses set forth below:

> Richard M. Goldberg, Fed. Bar No. 07994
> Daniel J. Zeller, Fed. Bar No. 28107
> SHAPIRO SHER GUINOT & SANDLER

250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

*General Bankruptcy Counsel to Morgan W. Fisher,*
*Chapter 7 Trustee*

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way the rights or interests of Morgan W. Fisher, Chapter 7 Trustee for the Debtors.

Dated: June 18, 2026

/s/ *Richard M. Goldberg*
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

*General Bankruptcy Counsel to Morgan W.*
*Fisher, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- **Jodie E. Bekman**   jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Jonathan A. Grasso**   jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- **Randy Moonan**   rmoonan@sillscummis.com
- **Jonathan Gary Rose**   jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld**   jordan.rosenfeld@saul.com
- **S. Jason Teele**   steele@sillscummis.com

*/s/ Richard M. Goldberg*
Richard M. Goldberg