**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 25-10308-DER** |
| | | **(Jointly Administered)** |
| **Diamond Comic Distributors, Inc., et. al.,** | * | |
| | | |
| **Debtors.[1]** | * | **Chapter 7** |
| | | |
| * * * * * * | * | * * * * * * |
| **Sparkle Pop LLC, a Delaware Limited Liability Company,** | * | |
| | | |
| **Plaintiff,** | * | |
| | | |
| **v.** | * | **Adv. Proc. No. 25-00157-DER** |
| | | |
| **Alliance Entertainment Holding Corporation, a Delaware Corp., et. al.,** | * | |
| | * | |
| **Defendants.** | | |
| | | |
| * * * * * * | * | * * * * * * |

**TRUSTEE'S (i) RESPONSE TO COURT'S SHOW CAUSE ORDER [ECF. NO. 90]**
**AND (ii) LIMITED JOINDER IN SPARKLE POP'S COMPLAINT**

Morgan Fisher, the Chapter 7 Trustee for Diamond Comic Distributors, Inc., et al., hereby files this response to the Court's Show Cause Order [ECF No. 90] and joins, as stated herein, in Sparkle Pop LLC's Complaint. In support of his position, the Trustee states as follows:

1.    On July 17, 2025, the Court entered an order authorizing the Debtors to intervene in this Adversary Proceeding. Since that date, the administrative bankruptcy cases were converted to Chapter 7 and the Trustee was appointed for the Debtors.

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

2.     This Adversary Proceeding has remained largely dormant since the intervention and since the Trustee's appointment.  The Trustee has undertaken a review of the Adversary Proceeding, the initially stated grounds for the Debtor's intervention and the Court's recent Show Cause Order [ECF No. 90].

3.     In specific response to the Court's direction, the Trustee hereby joins in the Sparkle Pop Complaint [Original ECF No. 493] as a party plaintiff to the extent claims in and issues of law and fact to be adjudicated pursuant to that Complaint are common to and overlap with those at issue in the counterclaim [ECF No. 18] of the Trustee, on behalf of the Debtors' estates, against Alliance Entertainment Holding Corporation and Alliance Entertainment Holding, LLC (collectively, the "Defendants") in Adversary Proceeding No. 25-00112-DER. Such common issues of law and fact for adjudication in both Adversary Proceedings include whether Defendants breached the NDA that is the subject of both the Complaint in this Adversary Proceeding and the counterclaim in Adversary Proceeding No. 25-00112-DER.

4.     As to damages arising from Defendants' breaches of the NDA that Defendants executed in connection with the sale by the Debtors' of their assets during the pendency of the Chapter 11 cases, the Trustee believes that his damages claims, while resulting from the same factual predicates and breaches that give rise to Sparkle Pop's asserted claims, are chronologically distinct from Sparkle Pop's damages (which arise from periods immediately after the sale consummation).  Accordingly, the Trustee believes that intervention remains appropriate for this reason as well.

5.     In the interests of judicial economy and to streamline the proceedings where possible, the Trustee will meet and confer with all counsel to discuss whether consolidating the two Adversary Proceedings or aspects thereof (*e.g.*, for discovery) makes sense and is workable.

For those reasons, the Trustee reserves the right to seek consolidation of this Adversary Proceeding with Adversary Proceeding No. 25-00112-DER if it appears that sufficient grounds for consolidation exist under Rule 7042 of the Bankruptcy Rules of Procedure and Federal Rule 42.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Court dissolve the Order to Show Cause [ECF. No. 90] and grant the Trustee such other and further relief as is just and equitable.

Dated: June 18, 2026

/s/ Richard M. Goldberg

Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
　　　djz@shapirosher.com

*General Bankruptcy Counsel to Morgan W. Fisher,*
*Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- **Jodie E. Bekman**    jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Jonathan A. Grasso**    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- **Randy Moonan**    rmoonan@sillscummis.com
- **Jonathan Gary Rose**    jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld**    jordan.rosenfeld@saul.com
- **S. Jason Teele**    steele@sillscummis.com


I HEREBY FURTHER CERTIFY that on this 18th day of June, 2026, a copy of the foregoing was served via electronic mail to the following:

Jason Koral, Esquire
Press Koral LLP
7 World Trade Center, 46th Floor
New York, New York 10007
jkoral@presskoral.com

*/s/ Richard M. Goldberg*
Richard M. Goldberg