**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 25-10308-DER** **(Jointly Administered)** |
| **Diamond Comic Distributors, Inc., et. al.,** | * | |
| **Debtors.**[1] | * | **Chapter 7** |
| * * * * * * | * | * * * * * * |
| **Sparkle Pop LLC, a Delaware Limited Liability Company,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Adv. Proc. No. 25-00157-DER** |
| **Alliance Entertainment Holding Corporation, a Delaware Corp., et. al.,** | * | |
| **Defendants.** | * | |
| * * * * * * | * | * * * * * * |

**TRUSTEE'S WITHDRAWL OF JOINDER IN SPARKLE POP'S COMPLAINT**

Morgan Fisher, the Chapter 7 Trustee for Diamond Comic Distributors, Inc., *et al.*, hereby withdraws the Trustee's Limited Joinder in Sparkle Pop's Complaint (the "Joinder") [ECF No. 93; June 18, 2026] which was filed in response to the Court's Show Cause Order [ECF No. 90; June 8, 2026]. The Trustee has determined that, at this juncture, there is no continued benefit to the Estates from his participation in this Adversary Proceeding and that dismissal of the Debtors and Trustee from this Adversary Proceeding is appropriate.

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

Dated: August 10, 2026

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
djz@shapirosher.com

*General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- **Jodie E. Bekman** jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Jonathan A. Grasso** jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- **Randy Moonan** rmoonan@sillscummis.com
- **Jonathan Gary Rose** jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld** jordan.rosenfeld@saul.com
- **S. Jason Teele** steele@sillscummis.com

I HEREBY FURTHER CERTIFY that on this 10th day of August, 2026, a copy of the foregoing was served via electronic mail to the following:

Jason Koral, Esquire
Press Koral LLP
7 World Trade Center, 46th Floor
New York, New York 10007
jkoral@presskoral.com

*/s/ Richard M. Goldberg*
Richard M. Goldberg