Entered: August 26th, 2026
Signed: August 26th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

In re: Case No.: **25−10308 − DER** Chapter: **7** Adversary No.: **25−00157**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

**SPARKLE POP LLC, a Delaware limited liability company,**
Plaintiff

vs.

**ALLIANCE ENTERTAINMENT HOLDING CORPORATION, a Delaware corporation, et. al.,**
Defendants.

---

## ORDER DISMISSING DEBTORS AND CHAPTER 7 TRUSTEE FROM ADVERSARY PROCEEDING

On June 8, 2026, the Court entered an Order That Intervenor Plaintiffs Show Cause Why They Should Not Be Dismissed [Docket No. 90] (the "OSC"). On June 18, 2026, the Chapter 7 Trustee filed a Response [Docket No. 93], which after a hearing held on August 6, 2026, was withdrawn. Accordingly, for the reasons stated on the record at that hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Diamond Select Toys & Collectibles, LLC; Comic Exporters, Inc.; Comic Holdings, Inc.; Diamond Comic Distributors, Inc.; and Morgan Fisher, Chapter 7 Trustee are hereby DISMISSED from this adversary proceeding.

cc: All Parties
All Counsel

**End of Order**