# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **25−10308 − DER** Chapter: **7** Adversary No.: **25−00157**

**Diamond Comic Distributors, Inc.**
Debtor

**SPARKLE POP LLC, a Delaware limited liability company**
Plaintiff

vs.

**ALLIANCE ENTERTAINMENT HOLDING CORPORATION, a Delaware corporation**

**ALLIANCE ENTERTAINMENT, LLC, a Delaware limited liability company**
Defendants

## NOTICE

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that a Pretrial Conference will be held on 3/11/27 at 10:00 AM to consider and act upon the following:

50 − Amended Complaint by Ellen E. Dew on behalf of SPARKLE POP LLC, a Delaware limited liability company against ALLIANCE ENTERTAINMENT HOLDING CORPORATION, a Delaware corporation, ALLIANCE ENTERTAINMENT, LLC, a Delaware limited liability company. (related document(s)1 Complaint filed by Plaintiff SPARKLE POP LLC, a Delaware limited liability company). (Dew, Ellen)

75 − Answer to Complaint − Defendants' Answer and Affirmative Defenses to Amended Complaint Filed by ALLIANCE ENTERTAINMENT HOLDING CORPORATION, a Delaware corporation, ALLIANCE ENTERTAINMENT, LLC, a Delaware limited liability company. (Grasso, Jonathan)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 10/30/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shanita Taylor
4109624197